IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMANDA LEIGH DOEHRER,

    Plaintiff,

v.

PEERSTAR, LLC,

    Defendant.

Case No. 3:21-cv-114

## FINAL DISMISSAL ORDER

Now comes, Plaintiff Amanda Leigh Doehrer and Defendant, Peerstar, LLC, by their respective counsel, and announce to the Court that all matters in controversy between them have been fully compromised, agreed and resolved. Each party shall be responsible for their own attorneys' fees, costs and expenses. The parties jointly move the Court to dismiss all of Plaintiff's claims, with prejudice, against Defendant.

It appearing proper to do so, it is hereby ORDERED that all claims by Plaintiff against Defendant are DISMISSED, with prejudice, as fully compromised, agreed, and resolved.

Thus, it is hereby finally ORDERED that this Order, upon its entry, shall be, and is, the final judgment of this Court with respect to this case, and that these proceedings shall be closed and removed from this Court's docket. The Clerk is DIRECTED to send certified copies of this order to all counsel of record.

ENTERED this 5th day of January, 2022.

_Stephanie J. Haines_
**Stephanie L. Haines,**
**United States District Judge**

02211975.DOCX 6275-0694